**Order filed October 24, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00781-CR
_____

**AMBER ORLEAN WILLEMSEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 79307-CR**

## ORDER

This court's order of October 24, 2017 ordering the filing of the reporter's record is withdrawn.

PER CURIAM